**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| ANNA NICOLE SMITH, an individual, <br> and CMG WORLDWIDE, INC., an <br> Indiana corporation <br><br>       Plaintiffs <br><br>           v. <br><br> DNS RESEARCH, INC.,  a California <br>   corporation, and ROY LOPEZ, <br>   an individual <br><br>       Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) **CAUSE NO. 1:04-cv-00392-JDT-WTL** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**MOTION TO DISMISS WITH PREJUDICE DEFENDANTS DNS RESEARCH, INC. and
ROY LOPEZ**

Having reached a settlement of the disputed claims, comes now Anna Nicole
Smith and CMG Worldwide, Inc., (collectively "Plaintiffs") by counsel, and file this
MOTION TO DISMISS WITH PREJUDICE DEFENDANTS DNS RESEARCH, INC. and
ROY LOPEZ ("Defendants") and pray of this Court that Defendants be removed from
this cause of action and the Complaint filed heretofore against said Defendants be
dismissed with prejudice.

WHEREFORE, Plaintiffs pray that this Court dismiss with prejudice the
Complaint filed heretofore against Defendants and for all other just and proper relief in
the premises.

Respectfully submitted,

_Lawrence V. Molnar_
_____
Lawrence V. Molnar (#22479-49)

CMG Worldwide, Inc.
10500 Crosspoint Boulevard
Indianapolis, Indiana  46256

CERTIFICATE OF SERVICE

      I hereby certify that a copy of the above and foregoing has been served upon the following parties in this matter, by U.S. First Class mail, postage prepaid, this <u>15th </u>day of <u>March</u>, 2004.

Mark A. Roesler
CMG Worldwide, Inc.
10500 Crosspoint Blvd.
Indianapolis, IN  46256

DNS Research, Inc.
P.O. Box 1642
Castle Rock, CO  80104

Roy Lopez
P.O. Box 1642
Castle Rock, CO  80104

Ari Goldberger
ESQwire.com
35 Cameo Dr.
Cherry Hill, NJ 08003


*Lawrence V. Molnar*
_____
Lawrence V. Molnar, Attorney for Plaintiffs


Lawrence V. Molnar (22479-49)
CMG Worldwide, Inc.
10500 Crosspoint Boulevard
Indianapolis, Indiana  46256

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| ANNA NICOLE SMITH, an individual,<br> and CMG WORLDWIDE, INC., an<br> Indiana corporation<br><br>    Plaintiffs<br><br>    v.<br><br>DNS RESEARCH, INC., a California<br> corporation, and ROY LOPEZ,<br> an individual<br><br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>) **CAUSE NO. 1:04-cv-00392-JDT-WTL**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER GRANTING MOTION TO DISMISS WITH PREJUDICE DEFENDANTS DNS
RESEARCH, INC. and ROY LOPEZ**

The Court, having received Plaintiffs' MOTION TO DISMISS WITH PREJUDICE

DEFENDANTS DNS RESEARCH, INC. and ROY LOPEZ ("Defendants") and being duly

advised in the premises, now finds that the relief prayed for should be granted.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the complaint filed

heretofore against Defendants is dismissed with prejudice, and said Defendants

removed from the docket of this cause.

SO ORDERED THIS __ DAY OF _____, 2004.


Hon. _____


_____

Distribution to:

Mark A. Roesler
Lawrence V. Molnar
CMG Worldwide, Inc.
10500 Crosspoint Blvd.
Indianapolis, IN  46256

DNS Research, Inc.
P.O. Box 1642
Castle Rock, CO  80104

Roy Lopez
P.O. Box 1642
Castle Rock, CO  80104

Ari Goldberger
ESQwire.com
35 Cameo Dr.
Cherry Hill, NJ 08003